## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: KANIA, SEBASTIAN | § | Case No. 11-28969 |
|  | § |  |
|  | § |  |
| Debtor(s) | § |  |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that DEBORAH K. EBNER                , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn St., 7th Floor, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 01/17/2012 in Courtroom 644, United States Courthouse, 219 S. Dearborn St., Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  12/08/2011          By:  /s/DEBORAH K. EBNER                    
                                              Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| In re: KANIA, SEBASTIAN | § | Case No. 11-28969 |
|  | § |  |
|  | § |  |
| Debtor(s) | § |  |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*  $ _____ 6,000.03

*and approved disbursements of*  $ _____ 25.00

*leaving a balance on hand of* [1]  $ _____ 5,975.03

**Balance on hand:**  $ _____ 5,975.03

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None |  |  |  |  |  |

Total to be paid to secured creditors:  $ _____ 0.00
Remaining balance:  $ _____ 5,975.03

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DEBORAH K. EBNER | 1,350.00 | 0.00 | 1,350.00 |

Total to be paid for chapter 7 administration expenses:  $ _____ 1,350.00
Remaining balance:  $ _____ 4,625.03

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None |  |  |  |

Total to be paid for prior chapter administrative expenses:  $ _____ 0.00
Remaining balance:  $ _____ 4,625.03

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | | |
|---|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 4,625.03 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 112,817.16 have been allowed and will be paid _pro rata_ only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 4,468.31 | 0.00 | 183.19 |
| 2 | FIA CARD SERVICES, N.A. | 7,897.28 | 0.00 | 323.76 |
| 3 | FIA CARD SERVICES, N.A. | 8,606.37 | 0.00 | 352.82 |
| 4 | World Financial Network National Bank | 4,135.14 | 0.00 | 169.52 |
| 5 | World Financial Network National Bank | 722.86 | 0.00 | 29.63 |
| 6 | Webster Bank | 18,176.41 | 0.00 | 745.16 |
| 7 | Marathon Petroleum Co | 692.68 | 0.00 | 28.40 |
| 8 | Capital One,N.A | 1,315.76 | 0.00 | 53.94 |
| 9 | Credit First National Association | 1,840.71 | 0.00 | 75.46 |
| 10 | Toyota Financial Services | 10,746.72 | 0.00 | 440.57 |
| 11 | Toyota Financial Services | 3,375.91 | 0.00 | 138.40 |
| 12 | Fifth Third Bank | 7,832.37 | 0.00 | 321.09 |
| 13 | Sallie Mae | 3,350.50 | 0.00 | 137.36 |
| 14 | American InfoSource LP as agent for American Honda Finance | 31,855.58 | 0.00 | 1,305.94 |
| 15 | B-Line, LLC | 4,221.71 | 0.00 | 173.07 |
| 16 | PNC BANK | 3,578.85 | 0.00 | 146.72 |

UST Form 101-7-NFR (10/1/2010)

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 4,625.03 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Prepared By:   /s/DEBORAH K. EBNER
Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:
Sebastian Kania
        Debtor

Case No. 11-28969-PSH
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1        User: mjerdine        Page 1 of 3        Date Rcvd: Dec 09, 2011
                          Form ID: pdf006        Total Noticed: 57

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 11, 2011.
```
db         +Sebastian Kania,   10138 Hartford Court Unit 1A,   Schiller Park, IL 60176-2024
17539647   +American Home Mortgage Services,   1525 S Belt Line Rd,   Coppell, TX 75019-4913
17539649   +B & L Industries,   451 W NW Highway,   Palatine, IL 60067-2449
17539650   +Bank of America,   PO Box 851001,   Dallas, TX 75285-1001
17539651   +Bill Me Later,   PO Box 5018,   Lutherville Timonium, MD 21094-5018
17539656   +CPS Security,   Regional Debt Placement Section,   Post Office Box 782408,
            San Antonio, TX 78278-2408
17539652   +Cabelas Club Visa,   P.O. Box 82519,   Lincoln, NE 68501-2502
17768253   +Capital One,N.A.,   c/o Creditors Bankruptcy Service,   P O Box 740933,   Dallas,Tx 75374-0933
17539653    Citibank Client Services,   PO Box 769013,   Hoffman Estates, IL 60169-4026
17539654   +Client Services, Inc.,   3451 Harry S. Truman Blvd.,   Saint Charles, MO 63301-9816
17539655   +Comp USA Preferred Account,   P.O. Box 105658,   Atlanta, GA 30348-5658
17539657   +Credit First N A,   6275 Eastland Rd,   Brook Park, OH 44142-1399
17770855   +Credit First National Association,   Po Box 818011,   Cleveland, OH 44181-8011
17539658   +Creditors Interchange,   80 Holtz Drive,   Buffalo, NY 14225-1470
17539660   +Dish Network,   Dept. 0063,   Palatine, IL 60055-0001
17709639    FIA CARD SERVICES, N.A.,   Po Box 15102,   Wilmington, DE 19886-5102
17539661   +Fifth Third Bank,   5050 Kingsley Dr,   Cincinnati, OH 45227-1115
17793607   +Fifth Third Bank,   P.O. Box 829009,   Dallas, TX 75382-9009
17539662   +HSN,   Collection Department,   Box 9090,   Clearwater, FL 33758-9090
17539664   +Integrity Financial Partners Inc,   4370 W 109th St suite 100,   Leawood, KS 66211-1316
17539666   +Keynote Consulting,   220 W Campus Dr Ste 102,   Arlington Heights, IL 60004-1498
17539669   +Law offices of Ross Gelfand LLC,   1265 Minhinette Drive,   suite 150,   Roswell, GA 30075-3656
17539670    Leading Edge Recovery Solutions,   P.O. Box 129,   Linden, MI 48451-0129
17539671   +Macy dsnb,   9111 Duke Blvd,   Mason, OH 45040-8999
17539673   +Moss Codilis LLP,   6560 Greenwood Plaza Blvd,   Suite 100,   Englewood, CO 80111-4990
17539674   +NCO Financial Systems Inc.,   P.O.BOX 4946,   Trenton, NJ 08650-4946
18008899   +PNC BANK,   PO BOX 94982,   CLEVELAND, OH 44101-4982
17539675   +Pierce & Assocates,   1 N Dearborn St.,   Suite 1300,   Chicago, IL 60602-4373
17539676   +Pnc Bank,   1 Financial Pkwy,   Kalamazoo, MI 49009-8002
17539677   +Preferred Credit Inc,   3051 2nd St S Suite 200,   Saint Cloud, MN 56301-3201
17539678   +Professional Recovery Consultants,   2700 Meridian Parkway,   Suite 200,   Durham, NC 27713-2450
17539679   +Rab Inc,   P.O. Box 1022,   Wixom, MI 48393-1022
17539680   +Richard A. Snow,   123 W. Madison St. #310,   Chicago, IL 60602-4847
17539682   +TCF,   800 Burr Ridge Parkway,   Burr Ridge, IL 60527-6486
17539683   +Telewire Electronic Message,   P.O. Box 2983,   Milwaukee, WI 53201-2983
17539684   +The CBE Group Inc,   1309 Technology Pkwy,   Cedar Falls, IA 50613-6976
17539685   +The Home Depot/Citibank sd,   Po Box 6497,   Sioux Falls, SD 57117-6497
17770564   +Toyota Financial Services,   Bankruptcy Department,   P.O. Box 5229,   Cincinnati, OH 45201-5229
17539686   +Toyota Fsb,   Po Box 108,   Saint Louis, MO 63166-0108
17539687  ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
            (address filed with court:   U S Bank,   101 5th St E Ste A,   Saint Paul, MN 55101)
17539689    Webster Bank,   CH 455,   609 West Johnson Avenue,   Cheshire, CT 06410-4502
17539690   +Wfnnb/Room Place,   Po Box 2974,   Shawnee Mission, KS 66201-1374
17539691   +Wfnnb/Victorias Secret,   Po Box 182128,   Columbus, OH 43218-2128
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17539648    E-mail/Text: ebnbankruptcy@ahm.honda.com Dec 10 2011 02:41:36    American Honda Finance,
            2170 Point Blvd Ste 100,   Elgin, IL 60123
17539646   +E-mail/Text: roy.buchholz@allianceoneinc.com Dec 10 2011 02:56:17    Alliance One,
            4850 STreet Rd,   Suite 300,   Feasterville Trevose, PA 19053-6643
17994171    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 10 2011 03:38:45
            American InfoSource LP as agent for,   American Honda Finance,   PO Box 248838,
            Oklahoma City, OK  73124-8838
18007712    E-mail/PDF: BNCEmails@blinellc.com Dec 10 2011 03:40:44    B-Line, LLC,   MS 550,   PO Box 91121,
            Seattle, WA 98111-9221
17539659    E-mail/Text: mrdiscen@discoverfinancial.com Dec 10 2011 03:41:04    Discover Financial,
            Po Box 15316,   Wilmington, DE 19850
17696356    E-mail/Text: mrdiscen@discoverfinancial.com Dec 10 2011 03:41:04    Discover Bank,
            Discover Products Inc.,   PO Box 3025,   New Albany, OH  43054-3025
17539663   +E-mail/Text: Bankruptcy@icsystem.com Dec 10 2011 03:29:56    IC Systems Inc.,
            444 E. Highway 96,   Box 64378,   St Paul, MN 55127-2557
17539665   +E-mail/Text: ebnsterling@weltman.com Dec 10 2011 02:38:18    Jareds,   375 Ghent Rd,
            Fairlawn, OH 44333-4601
17539668   +E-mail/PDF: cr-bankruptcy@kohls.com Dec 10 2011 03:41:45    Kohls/Capital One,
            N56 W 17000 Ridgewood Drive,   Menomonee Falls, WI 53051-5660
17539672   +E-mail/Text: mpcbankruptcy@marathonpetroleum.com Dec 10 2011 03:30:15
            Marathon Petroleum Co LP,   POB 81,   Findlay, OH 45839-0081
17539681   +E-mail/PDF: pa_dc_claims@salliemae.com Dec 10 2011 04:10:13    Sallie Mae,   Po Box 9500,
            Wilkes Barre, PA 18773-9500
17838594   +E-mail/PDF: pa_dc_claims@salliemae.com Dec 10 2011 03:58:55    Sallie Mae,   c/o Sallie Mae Inc.,
            220 Lasley Ave.,   Wilkes-Barre, PA 18706-1496
17539688   +E-mail/Text: bnc@ursi.com Dec 10 2011 02:57:30    United Recovery Systems LP,   P.O. Box 722910,
            Houston, TX 77272-2910
```

```
District/off: 0752-1        User: mjerdine           Page 2 of 3         Date Rcvd: Dec 09, 2011
                           Form ID: pdf006           Total Noticed: 57
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
17714811        E-mail/Text: bnc-alliance@quantum3group.com Dec 10 2011 03:28:41
                World Financial Network National Bank,   Quantum3 Group LLC,    PO Box 788,
                Kirkland, WA  98083-0788
                                                                                TOTAL: 14
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17539667*      +Keynote Consulting Inc,   220 W Campus Drive, Suite 102,   Arlington Heights, IL 60004-1498
17775073*      +Toyota Financial Services,   BANKRUPTCY DEPARTMENT,   P.O. Box 5229,   Cincinnati, OH 45201-5229
                                                                     TOTALS: 0, * 2, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 11, 2011**                    **Signature:**

```
District/off: 0752-1          User: mjerdine          Page 3 of 3          Date Rcvd: Dec 09, 2011
                             Form ID: pdf006          Total Noticed: 57
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 8, 2011 at the address(es) listed below:
        Deborah  Kanner Ebner    dkebner@debnertrustee.com,
         IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;sbutz@deborahebnerlaw.com;
         admin.assistant@debnertrustee.com
        Michael J Worwag    on behalf of Debtor Sebastian Kania mjworwag@gmail.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Timothy R Yueill    on behalf of Creditor  Deutsche Bank National Trust Company
        timothyy@nevellaw.com
                                         TOTAL: 4