# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: KANIA, SEBASTIAN

Debtor

Case No. 11-28969
Chapter 7

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DEBORAH K. EBNER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $0.00
*(without deducting any secured claims)*

Assets Exempt: $20,600.00

Total Distribution to Claimants: $4,600.06

Claims Discharged Without Payment: $149,439.35

Total Expenses of Administration: $1,400.00

3) Total gross receipts of $ 6,000.06 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2** ), yielded net receipts of $6,000.06 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $114,958.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,400.00 | 1,400.00 | 1,400.00 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 137,278.25 | 112,817.16 | 112,817.16 | 4,600.06 |
| **TOTAL DISBURSEMENTS** | $252,236.25 | $114,217.16 | $114,217.16 | $6,000.06 |

4) This case was originally filed under Chapter 7 on July 14, 2011. The case was pending for 9 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/31/2012 By: /s/DEBORAH K. EBNER
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Mazda | 1129-000 | 6,000.00 |
| Interest Income | 1270-000 | 0.06 |
| **TOTAL GROSS RECEIPTS** | | $6,000.06 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | American Home Mortgage Services | 4110-000 | 114,958.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $114,958.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEBORAH K. EBNER | 2100-000 | N/A | 1,350.00 | 1,350.00 | 1,350.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,400.00 | $1,400.00 | $1,400.00 |

**EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 –PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | None | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 4,468.00 | 4,468.31 | 4,468.31 | 182.20 |
| 2 | FIA CARD SERVICES, N.A. | 7100-000 | 7,897.00 | 7,897.28 | 7,897.28 | 322.02 |
| 3 | FIA CARD SERVICES, N.A. | 7100-000 | 8,606.00 | 8,606.37 | 8,606.37 | 350.92 |
| 4 | World Financial Network National Bank | 7100-000 | 4,135.00 | 4,135.14 | 4,135.14 | 168.61 |
| 5 | World Financial Network National Bank | 7100-000 | 722.00 | 722.86 | 722.86 | 29.47 |
| 6 | Webster Bank | 7100-000 | 18,176.00 | 18,176.41 | 18,176.41 | 741.13 |
| 7 | Marathon Petroleum Co | 7100-000 | 692.00 | 692.68 | 692.68 | 28.24 |
| 8 | Capital One,N.A | 7100-000 | 1,315.00 | 1,315.76 | 1,315.76 | 53.65 |
| 9 | Credit First National Association | 7100-000 | 1,840.00 | 1,840.71 | 1,840.71 | 75.05 |
| 10 | Toyota Financial Services | 7100-000 | 10,746.00 | 10,746.72 | 10,746.72 | 438.19 |
| 11 | Toyota Financial Services | 7100-000 | 3,375.00 | 3,375.91 | 3,375.91 | 137.65 |
| 12 | Fifth Third Bank | 7100-000 | 7,832.00 | 7,832.37 | 7,832.37 | 319.36 |
| 13 | Sallie Mae | 7100-000 | 3,453.00 | 3,350.50 | 3,350.50 | 136.61 |
| 14 | American InfoSource LP as agent for American Honda | 7100-000 | 15,000.00 | 31,855.58 | 31,855.58 | 1,298.89 |
| 15 | B-Line, LLC | 7100-000 | 4,221.00 | 4,221.71 | 4,221.71 | 172.14 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 | PNC BANK | 7100-000 | 3,578.00 | 3,578.85 | 3,578.85 | 145.93 |
| NOTFILED | Law offices of Ross Gelfand LLC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Macy dsnb | 7100-000 | 2,034.00 | N/A | N/A | 0.00 |
| NOTFILED | Leading Edge Recovery Solutions | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Keynote Consulting Inc | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Integrity Financial Partners Inc | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | HSN Collection Department | 7100-000 | 471.96 | N/A | N/A | 0.00 |
| NOTFILED | Dish Network | 7100-000 | 133.97 | N/A | N/A | 0.00 |
| NOTFILED | IC Systems Inc. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Keynote Consulting | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | NCO Financial Systems Inc | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Moss Codilis LLP | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | The CBE Group Inc | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Telewire Electronic Message | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | The Home Depot/Citibank sd | 7100-000 | 1,786.00 | N/A | N/A | 0.00 |
| NOTFILED | TCF | 7100-000 | 203.41 | N/A | N/A | 0.00 |
| NOTFILED | United Recovery Systems LP | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Richard A. Snow | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Preferred Credit Inc | 7100-000 | 6,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Pierce & Assocates | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Professional Recovery Consultants | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Creditors Interchange | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Rab Inc | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Comp USA Preferred Account | 7100-000 | 8,051.54 | N/A | N/A | 0.00 |
| NOTFILED | Client Services, Inc. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank Client Services | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Client Services, Inc. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Cabelas Club Visa | 7100-000 | 39.00 | N/A | N/A | 0.00 |
| NOTFILED | Bill Me Later | 7100-000 | 8,177.60 | N/A | N/A | 0.00 |
| NOTFILED | Alliance One | 7100-000 | 1,645.05 | N/A | N/A | 0.00 |
| NOTFILED | B & L Industries | 7100-000 | 4,379.00 | N/A | N/A | 0.00 |
| NOTFILED | CPS Security Regional Debt Placement Section | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 8,300.72 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $137,278.25 | $112,817.16 | $112,817.16 | $4,600.06 |

Exhibit 8



# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-28969
**Case Name:** KANIA, SEBASTIAN
**Period Ending:** 03/31/12

**Trustee:** (330480) DEBORAH K. EBNER
**Filed (f) or Converted (c):** 07/14/11 (f)
**§341(a) Meeting Date:** 08/15/11
**Claims Bar Date:** 11/16/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Real Estate Located at 10138 Hartford C, Schille | 70,000.00 | 0.00 | | 0.00 | FA |
| 2 | Personal Checking account with TCF | 400.00 | 0.00 | | 0.00 | FA |
| 3 | Miscellaneous Household Goods and Used Furniture | 2,000.00 | 0.00 | | 0.00 | FA |
| 4 | Used books, compact discs family pictures | 200.00 | 0.00 | | 0.00 | FA |
| 5 | Used Personal Clothing | 600.00 | 0.00 | | 0.00 | FA |
| 6 | 1994 Chevy Corsica | 500.00 | 0.00 | | 0.00 | FA |
| 7 | Mazda | Unknown | Unknown | | 6,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.06 | FA |
| **8** | **Assets** **Totals** (Excluding unknown values) | **$73,700.00** | **$0.00** | | **$6,000.06** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**

**Current Projected Date Of Final Report (TFR):** December 8, 2011 (Actual)

Exhibit 9

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 11-28969
**Case Name:** KANIA, SEBASTIAN

**Taxpayer ID #:** **-***3926
**Period Ending:** 03/31/12

**Trustee:** DEBORAH K. EBNER (330480)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******11-65 - Money Market Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 10/03/11 | {7} | Sebastian Kania | Per Order of 9/20/11 dcoket #23 | 1129-000 | 3,000.00 | | 3,000.00 |
| 10/17/11 | {7} | Sebastian Kania | Per Order of 9/20/11 dcoket #23 | 1129-000 | 3,000.00 | | 6,000.00 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 6,000.03 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,975.03 |
| 11/21/11 | | To Account #92002078561167 | | 9999-000 | 999.00 | | 6,974.03 |
| 11/21/11 | | To Account #92002078561168 | | 9999-000 | 999.00 | | 7,973.03 |
| 11/21/11 | | To Account #92002078561169 | | 9999-000 | 999.00 | | 8,972.03 |
| 11/21/11 | | To Account #92002078561170 | | 9999-000 | 999.00 | | 9,971.03 |
| 11/21/11 | | To Account #9200******1166 | to reduce service charges | 9999-000 | | 999.00 | 8,972.03 |
| 11/21/11 | | To Account #9200******1167 | to reduce service charges | 9999-000 | | 999.00 | 7,973.03 |
| 11/21/11 | | To Account #9200******1168 | to reduce service charges | 9999-000 | | 999.00 | 6,974.03 |
| 11/21/11 | | To Account #9200******1169 | to reduce service charges | 9999-000 | | 999.00 | 5,975.03 |
| 11/21/11 | | To Account #9200******1170 | to reduce service charges | 9999-000 | | 999.00 | 4,976.03 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,976.06 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,951.06 |
| 01/04/12 | | To Account #92002078561167 | Reversed Deposit Adj. 5 | 9999-000 | -999.00 | | 3,952.06 |
| 01/04/12 | | To Account #92002078561168 | Reversed Deposit Adj. 6 | 9999-000 | -999.00 | | 2,953.06 |
| 01/04/12 | | To Account #92002078561169 | Reversed Deposit Adj. 7 | 9999-000 | -999.00 | | 1,954.06 |
| 01/04/12 | | To Account #92002078561170 | Reversed Deposit Adj. 8 | 9999-000 | -999.00 | | 955.06 |
| 01/16/12 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0000% | 1270-000 | 0.00 | | 955.06 |
| 01/16/12 | | To Account #9200******1171 | to close | 9999-000 | | 955.06 | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | **6,000.06** | **6,000.06** | **$0.00** |
| Less: Bank Transfers | 2,997.00 | 5,950.06 | |
| **Subtotal** | **3,003.06** | **50.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$3,003.06** | **$50.00** | |

Exhibit 9

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 11-28969
**Case Name:** KANIA, SEBASTIAN

**Taxpayer ID #:** **-***3926
**Period Ending:** 03/31/12

**Trustee:** DEBORAH K. EBNER (330480)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******11-66 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/21/11 | | From Account #9200******1165 | to reduce service charges | 9999-000 | 999.00 | | 999.00 |
| 01/18/12 | 101 | DEBORAH K. EBNER | Per order of 1/17/12 docket #32 | 2100-000 | | 999.00 | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | **999.00** | **999.00** | **$0.00** |
| Less: Bank Transfers | 999.00 | 0.00 | |
| **Subtotal** | **0.00** | **999.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$999.00** | |

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 11-28969
**Case Name:** KANIA, SEBASTIAN
**Taxpayer ID #:** **-***3926
**Period Ending:** 03/31/12

**Trustee:** DEBORAH K. EBNER (330480)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******11-67 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/21/11 | | From Account #9200******1165 | to reduce service charges | 9999-000 | 999.00 | | 999.00 |
| 01/18/12 | 101 | DEBORAH K. EBNER | Per Order of 1/17/12 docket # 32 | 2100-000 | | 351.00 | 648.00 |
| 01/18/12 | 102 | Discover Bank | Dividend paid 4.077447% | 7100-000 | | 182.20 | 465.80 |
| 01/18/12 | 103 | FIA CARD SERVICES, N.A. | Dividend paid 4.077447% Ref # 4264285361332885 | 7100-000 | | 322.02 | 143.78 |
| 01/18/12 | 104 | FIA CARD SERVICES, N.A. | Dividend paid 4.077447% Ref # 4313070998014614 | 7100-000 | | 143.78 | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | **999.00** | **999.00** | **$0.00** |
| Less: Bank Transfers | 999.00 | 0.00 | |
| **Subtotal** | **0.00** | **999.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$999.00** | |

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 11-28969
**Case Name:** KANIA, SEBASTIAN

**Taxpayer ID #:** **-***3926
**Period Ending:** 03/31/12

**Trustee:** DEBORAH K. EBNER (330480)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******11-68 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/21/11 | | From Account #9200******1165 | to reduce service charges | 9999-000 | 999.00 | | 999.00 |
| 01/18/12 | 101 | FIA CARD SERVICES, N.A. | Dividend paid 4.077447% Ref # 4313070998014614 | 7100-000 | | 207.14 | 791.86 |
| 01/18/12 | 102 | World Financial Network National Bank | Dividend paid 4.077447% Ref # 5856370691329438 | 7100-000 | | 168.61 | 623.25 |
| 01/18/12 | 103 | World Financial Network National Bank | Dividend paid 4.077447% Ref # 165237829605216 | 7100-000 | | 29.47 | 593.78 |
| 01/18/12 | 104 | Webster Bank | Dividend paid 4.077447% Ref # 255704090419 | 7100-000 | | 593.78 | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | **999.00** | **999.00** | **$0.00** |
| Less: Bank Transfers | 999.00 | 0.00 | |
| **Subtotal** | **0.00** | **999.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$999.00** | |

Exhibit 9

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 11-28969
**Case Name:** KANIA, SEBASTIAN

**Taxpayer ID #:** **-***3926
**Period Ending:** 03/31/12

**Trustee:** DEBORAH K. EBNER (330480)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******11-69 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/21/11 | | From Account #9200******1165 | to reduce service charges | 9999-000 | 999.00 | | 999.00 |
| 01/18/12 | 101 | Webster Bank | Dividend paid 4.077447% Ref # 255704090419 | 7100-000 | | 147.35 | 851.65 |
| 01/18/12 | 102 | Marathon Petroleum Co | Dividend paid 4.077447% Ref # 1006233397 | 7100-000 | | 28.24 | 823.41 |
| 01/18/12 | 103 | Capital One,N.A | Dividend paid 4.077447% Ref # 057643914552 | 7100-000 | | 53.65 | 769.76 |
| 01/18/12 | 104 | Credit First National Association | Dividend paid 4.077447% Ref # 662819980 | 7100-000 | | 75.05 | 694.71 |
| 01/18/12 | 105 | Toyota Financial Services | Dividend paid 4.077447% Ref # 4037840033737253 | 7100-000 | | 438.19 | 256.52 |
| 01/18/12 | 106 | Toyota Financial Services | Dividend paid 4.077447% Ref # 4510460002794387 | 7100-000 | | 137.65 | 118.87 |
| 01/18/12 | 107 | Fifth Third Bank | Dividend paid 4.077447% Ref # 5467002412022841 | 7100-000 | | 118.87 | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | **999.00** | **999.00** | **$0.00** |
| Less: Bank Transfers | 999.00 | 0.00 | |
| **Subtotal** | **0.00** | **999.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$999.00** | |

Exhibit 9

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 11-28969
**Case Name:** KANIA, SEBASTIAN

**Taxpayer ID #:** **-***3926
**Period Ending:** 03/31/12

**Trustee:** DEBORAH K. EBNER (330480)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******11-70 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/21/11 | | From Account #9200******1165 | to reduce service charges | 9999-000 | 999.00 | | 999.00 |
| 01/18/12 | 101 | Fifth Third Bank | Dividend paid 4.077447% Ref # 5467002412022841 | 7100-000 | | 200.49 | 798.51 |
| 01/18/12 | 102 | Sallie Mae | Dividend paid 4.077447% Ref # 9104599918100012005O211 | 7100-000 | | 136.61 | 661.90 |
| 01/18/12 | 103 | American InfoSource LP as agent for American Honda Finance | Dividend paid 4.077447% Ref # 130956239 | 7100-000 | | 661.90 | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | **999.00** | **999.00** | **$0.00** |
| Less: Bank Transfers | 999.00 | 0.00 | |
| **Subtotal** | **0.00** | **999.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$999.00** | |

Exhibit 9

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 11-28969
**Case Name:** KANIA, SEBASTIAN
**Taxpayer ID #:** **-***3926
**Period Ending:** 03/31/12

**Trustee:** DEBORAH K. EBNER (330480)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******11-71 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/16/12 | | From Account #9200******1165 | to close | 9999-000 | 955.06 | | 955.06 |
| 01/18/12 | 101 | American InfoSource LP as agent for American Honda Finance | Dividend paid 4.077447% Ref # 130956239 | 7100-000 | | 636.99 | 318.07 |
| 01/18/12 | 102 | B-Line, LLC | Dividend paid 4.077447% Ref # 6001057725 | 7100-000 | | 172.14 | 145.93 |
| 01/18/12 | 103 | PNC BANK | Dividend paid 4.077447% Ref # 4311963010131923 | 7100-000 | | 145.93 | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | **955.06** | **955.06** | **$0.00** |
| Less: Bank Transfers | 955.06 | 0.00 | |
| **Subtotal** | **0.00** | **955.06** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$955.06** | |

Exhibit 9

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 11-28969
**Case Name:** KANIA, SEBASTIAN

**Taxpayer ID #:** **-***3926
**Period Ending:** 03/31/12

**Trustee:** DEBORAH K. EBNER (330480)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******11-72 - Money Market Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Money Market Account Balance |
|---|---|---|---|---|---|---|---|

(No Transactions on File for this Period)

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | **0.00** | **0.00** | **$0.00** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | **0.00** | **0.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******11-65** | **3,003.06** | **50.00** | **0.00** |
| **Checking # 9200-******11-66** | **0.00** | **999.00** | **0.00** |
| **Checking # 9200-******11-67** | **0.00** | **999.00** | **0.00** |
| **Checking # 9200-******11-68** | **0.00** | **999.00** | **0.00** |
| **Checking # 9200-******11-69** | **0.00** | **999.00** | **0.00** |
| **Checking # 9200-******11-70** | **0.00** | **999.00** | **0.00** |
| **Checking # 9200-******11-71** | **0.00** | **955.06** | **0.00** |
| **MMA # 9200-******11-72** | **0.00** | **0.00** | **0.00** |
| | **$3,003.06** | **$6,000.06** | **$0.00** |